DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**GARY JOHNSON,**
Appellant,

v.

**JULIO VICENTY,**
Appellee.

No. 4D2024-0329

[February 5, 2025]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Martin J. Bidwill, Judge; L.T. Case No. CACE 19-007934 (05).

Gary Johnson, Palm Beach Gardens, pro se.

Kevin D. Franz and Nicholas R. Consalvo of Boyd & Jenerette, P.A., Boca Raton, for appellee.

PER CURIAM.

*Affirmed. See Applegate v. Barnett Bank of Tallahassee*, 377 So. 2d 1150, 1152 (Fla. 1979).

CONNER, KUNTZ, JJ., and BRISTOW, APRIL, Associate Judge, concur.

\*      \*      \*

***Not final until disposition of timely filed motion for rehearing.***